IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUETTS

| | | |
|---|---|---|
| SAIM SARWAR,,<br>Plaintiff,<br>v.<br><br>CONCORD'S COLONIAL INN ONE, LLC,<br>a Massachusetts Limited Liability Company,<br><br>Defendant. | : : : : : : : : : : : : : | Case No.:<br>1:20-cv-11850 |

### STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

FOR THE PLAINTIFF

FOR THE DEFENDANT

By: [signature]

By: [signature]

| John A. Curseaden, Esq. | William F. Quinn, Esq. |
| Curseaden Law Office | Tinti, Quinn, Grover & Frey, P.C. |
| 301 Littleton Road #705 | 27 Congress St., Suite 414 |
| Westford, MA 01886 | Salem, MA 01970 |
| (978) 267-7656 | (978) 745-8065 |
| curseadenlaw@gmail.com | billquinnlaw@gmail.com |

by William F. Quinn, Esq.
as attorney-in-fact

4